IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SXSW HOLDINGS, INC. and SXSW, LLC, § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CHRISTOPHER SHERMAN d/b/a § <br> ENGAGE DIGITAL and TECH § <br> CAREER EXPO, SHERMAN § <br> VENTURES, LLC, and SHOW § <br> INITIATIVE, LLC, § <br> Defendants. § | CAUSE NO. A-13-CV-066-JRN |

### FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. On this same date, the Court signed an Order dismissing this case with prejudice. Accordingly, the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS ORDERED that this action is **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that all relief not expressly granted is **DENIED.**

IT IS FINALLY ORDERED that this action is hereby **CLOSED.**

SIGNED this 4th day of April, 2013.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

-1-